IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GLORIA PILAR SANTIAGO SERRANO, et al.,**
**Plaintiffs**

**v.**                                                               CIVIL NO. 05-2041(DRD)

**ASTRA MERCK, INC., et al.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 01/17/06** <br> **Docket # 4** <br> [] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Motion Assuming Legal Representation, Informing About Transfer to MDL Proceedings and Requesting Stay of Proceedings | **GRANTED IN PART.** The Court hereby **STAYS** the instant proceedings for a term of **forty-five (45) days** allowing co-defendant Pfizer, Inc., to file the notice of the instant "tag-along" action to the Judicial Panel on Multidistrict Litigation (MDL Panel) and for the MDL to issue a Conditional Transfer Order on MDL Proceeding 1699, titled, *In re Bextra and Celebrex Marketing, Sales Practices and Products Liabiliyt Litigation*. From thereon Pfizer, Inc.'s motion to stay is **DENIED WITHOUT PREJUDICE**. In other words, the **STAY** authorized by the Court shall be **AUTOMATICALLY LIFTED** after the forty five (45) days have elapsed without prejudice. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 10th day of April of 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE